# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

SALADINE FAGEEH MONROE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1639

———————————————

May 6, 2026

Appeal from the Circuit Court for Sarasota County; Dana Moss, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

  Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.